```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03841
   DAVID R HUFFORD
   MAURA M HUFFORD                          CHAPTER 13

                                            JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-3692      SSN XXX-XX-6271
```

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/20/08 and confirmed on 05/07/08.

    2.  The case was converted to Chapter 7 after confirmation, 02/26/2009.

    3.  The Debtor paid a total of $   4570.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | CURRENT MORTG | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 2105.00 | .00 | 321.91 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 1961.00 | .00 | 299.89 |
| INTERNAL REVENUE SERVICE | SECURED | 28533.26 | .00 | 1200.00 |
| MEADOWS CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| VW CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ACTION CARD MASTERCARD P | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 7884.80 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 5224.66 | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 15076.94 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 531.05 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 488.24 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1706.04 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 494.71 | .00 | .00 |
| PHARIA LLC | UNSECURED | 1045.06 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| TRUGREEN CHEMLAWN | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 923.24 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 19494.91 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 6235.21 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 115.00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 25.00 | .00 | .00 |

            Summary of disbursements:

```
                        SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     32599.26      19609.91     39634.95          .00      91844.12
PRINCIPAL PAID          1821.80           .00         .00           .00       1821.80
INTEREST PAID               .00           .00         .00           .00            .00
TOTAL PAID              1821.80           .00         .00           .00       1821.80
```

The Debtor's attorney, PATRICK A MESZAROS              , was allowed $   3500.00
and was paid $   1000.00  direct and $   2500.00  through the plan.

The Trustee received $    248.20 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/17/09                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                             PAGE   2
         CASE NO. 08 B 03841 DAVID R HUFFORD & MAURA M HUFFORD